No. 287. BAZLEY v. COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Henry S. Drinker* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Helen Goodner* for respondent.

No. 400. NORTHERN PACIFIC RAILWAY CO. v. UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Lorenzo B. da Ponte* and *Marcellus L. Countryman, Jr.* for petitioner. *Solicitor General McGrath* for the United States.

No. 184. CONE v. WEST VIRGINIA PULP & PAPER CO. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted limited to the questions of federal procedure raised by the petition for the writ. *W. J. McLeod, Jr.* for petitioner. *Christie Benet, J. B. S. Lyles* and *Charles W. Waring* for respondent.

No. 470. RICE ET AL. v. GREAT LAKES ELEVATOR CORP. ET AL.;

No. 471. RICE ET AL. v. BOARD OF TRADE OF CHICAGO;

No. 472. ILLINOIS COMMERCE COMMISSION ET AL. v. GREAT LAKES ELEVATOR CORP. ET AL.; and

No. 473. ILLINOIS COMMERCE COMMISSION ET AL. v. BOARD OF TRADE OF CHICAGO. October 21, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals